UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE SCOTT,
ADC #70908                                                                      PLAINTIFF

V.                      5:16CV00069 SWW/JTR

RAYMOND NAYLOR,
Disciplinary Hearing Administrator, ADC, et al.            DEFENDANTS

**ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      This case is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2.      Dismissal constitutes a STRIKE, as defined by 28 U.S.C. § 1915(g).

3.      It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 28th day of April, 2016.

                                                                  /s/Susan Webber Wright

                                                                  UNITED STATES DISTRICT JUDGE